UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.

JERRY STAUFFER,

    Defendant.
_____/

Case No.: 1:15-cv-201

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 48). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant Stuffer's motion to dismiss (ECF No. 34) is DENIED.

Dated: September 11, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge