UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) ) | |
| Plaintiff, ) ) | No. 1:15-cv-201 |
| -v- ) ) | Honorable Paul L. Maloney |
| JERRY STAUFFER, ) ) | |
| Defendant. ) ) | |

## JUDGMENT

All pending claims in this lawsuit have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 30, 2018                     /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge